UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61681-CIV-COHN

Magistrate Judge Snow

AMERICAN CENTURY HOME FABRICS, INC.,

    Plaintiff,

vs.

CITY FURNITURE, INC.,
KEVIN CHARLES FURNITURE, LLC, and
HUNTINGTON FABRICS, INC.

    Defendants.
_____/

KEVIN CHARLES FURNITURE, LLC,

    Cross Claimant,

vs.

HUNTINGTON FABRICS, INC.

    Cross Defendant.
_____/

### ORDER STRIKING PRO SE ANSWER OF CORPORATE DEFENDANT
### ORDER DENYING WITHOUT PREJUDICE MOTION FOR DEFAULT JUDGMENT

    THIS CAUSE is before the Court upon Cross-Claimant Defendant Kevin Charles Furniture's Motion for Default Judgment against Huntington Fabrics, Inc. [DE 62] and a review of the docket.  The Court has carefully considered the motion and is otherwise fully advised in the premises.

    After Plaintiff added Huntington Fabrics, Inc. as a defendant [DE 51], Defendant Kevin Charles filed an Answer to the Amended Complaint, along with a cross-claim against Huntington Fabrics, Inc. [DE 52].  The President of Huntington Fabrics timely filed a *pro se* Answer to the Amended Complaint upon behalf of the corporation, Huntington Fabrics [DE 55].  Huntington did not respond to the cross-claim.  Defendant Kevin Charles then filed

the instant motion for default judgment as to the cross-claim.

It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel.  See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-1386 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986); National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company, 748 F.2d 602, 609 (11th Cir. 1985), cert. denied 471 U.S. 1056 (1985).   Upon filing of an "Answer" by the President of the corporation, the Court should have entered an order striking that answer at that time.  The Court now proceeds to strike the *pro se* answer.  In fairness, the Court will deny without prejudice the pending motion for default judgment to allow time for Huntington to obtain counsel.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Answer filed by Huntington's President is hereby **STRICKEN**;

2. Cross-Claimant Kevin Charles Furniture's Motion for Default Judgment against Huntington Fabrics, Inc. [DE 62] is hereby **DENIED, without prejudice**;

3. Huntington shall have counsel appear on its behalf by June 29, 2007, or be subject to default judgment upon motion by Plaintiff or Cross-Claimant.  Any such motion should be served by U.S. mail upon Huntington's representative, Chip Waterer.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of June, 2007.

copies to:
all counsel of record

W.F. "Chip" Waterer, Jr.
Huntington Fabrics, Inc.
1713 McCullough Blvd.
Tupelo, MS 38801