UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61681-CIV-COHN

AMERICAN CENTURY HOME FABRICS, INC.,

Magistrate Judge Snow

    Plaintiff,

vs.

CITY FURNITURE, INC.,
KEVIN CHARLES FURNITURE, LLC, and
HUNTINGTON FABRICS, INC.

    Defendants.
_____/

KEVIN CHARLES FURNITURE, LLC,

    Cross Claimant,

vs.

HUNTINGTON FABRICS, INC.

    Cross Defendant.
_____/

## ORDER GRANTING RENEWED MOTION FOR DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Cross-Claimant Defendant Kevin Charles Furniture's Renewed Motion for Default Judgment against Huntington Fabrics, Inc. [DE 68] and a review of the docket. The Court has carefully considered the motion and is otherwise fully advised in the premises.

After Plaintiff added Huntington Fabrics, Inc. as a defendant [DE 51], Defendant Kevin Charles filed an Answer to the Amended Complaint, along with a cross-claim against Huntington Fabrics, Inc. [DE 52]. The President of Huntington Fabrics timely filed a *pro se* Answer to the Amended Complaint on behalf of the corporation, Huntington Fabrics [DE 55]. Huntington did not respond to the cross-claim. Defendant Kevin Charles then filed

the instant motion for default judgment as to the cross-claim.

On June 11, 2007, the Court struck the answer filed by Huntington's President because a corporation must be represented by counsel. At the same time, to give Huntington time to obtain counsel, the Court denied the motion for default judgment without prejudice. On July 2, 2007, Cross-Claimant Kevin Charles Furniture filed a renewed motion for default judgment. To date, no response has been filed by Huntington.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Cross-Claimant Kevin Charles Furniture's Renewed Motion for Default Judgment against Huntington Fabrics, Inc. [DE 68] is hereby **GRANTED**;

2. Huntington Fabrics, Inc. is hereby in **DEFAULT** as to the cross-claim for indemnification pursuant to Florida Statutes § 672.312, and is therefore liable to Kevin Charles Furniture for all damages that are adjudged against Kevin Charles in favor of Plaintiff, American Century Home Fabrics, Inc., together with any other damages that Kevin Charles may incur defending against the infringement claim raised by American Century.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of July, 2007.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

copies to:

all counsel of record on CM/ECF

W.F. "Chip" Waterer, Jr.
Huntington Fabrics, Inc.
1713 McCullough Blvd.
Tupelo, MS 38801